■    EDNA N. SOLECKI, Appellant, v COUNTY OF SUFFOLK, Respondent.— Appeal from an order of the Supreme Court, Suffolk County, dated July 7, 1977, dismissed, without costs or disbursements. The record on appeal shows that the order appealed from was entered upon the default of the appellant. Accordingly, no appeal lies from that order (see CPLR 5511). Martuscello, J. P., Titone, Rabin and Hawkins, JJ., concur.